1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                    * * *

9

10   ANDREW F. MEEKS, II                   Case No. 2:12-cv-00686-MMD-PAL

11                          Plaintiff,
         v.                                ORDER
12
     BRIAN E. WILLIAMS, *et al.*,
13
                         Defendants.
14

15        This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by

16   a state prisoner.  Plaintiff has submitted a complaint and seeks leave to proceed *in forma*

17   *pauperis* and a supplement to the same.  (ECF Nos. 1 & 4).[1]  In addition to filing the

18   proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma*

19   *pauperis* "shall submit a certified copy of the trust fund account statement (or institutional

20   equivalent) for the prisoner for the 6-month period immediately preceding the filing of the

21   complaint . . . obtained from the appropriate official of each prison at which the prisoner

22   is or was confined."  28 U.S.C. § 1915(a)(1), (2).  Plaintiff in the instant action has failed

23   to submit an *in forma pauperis* application that provides the necessary financial

24   information and includes a financial certificate signed by an authorized prison or jail

25   officer.

26

27   _____

     [1]  Plaintiff's supplement to his *in forma pauperis* application is an exact copy of the
28   original.

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to

2  the filing of a new complaint in a new action, with a proper *in forma pauperis* application

3  in compliance with 28 U.S.C. § 1915(a).

4    **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two

5  copies of an *in forma pauperis* application form for a prisoner, one copy of the

6  instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form,

7  and one copy of instructions for the same.  The Clerk of Court shall send plaintiff one

8  copy of his civil rights complaint filed in the instant case.

9    **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma*

10  *pauperis* application in a new action, but he may not file further documents in this action.

11    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment

12  accordingly.

13    DATED THIS 21st day of June 2012.

14

15    _____
   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28